PALMA SINERI et al., Respondents, v. J. SMILKSTEIN AND SONS, INC., Appellant.— In an action by plaintiff Palma Sineri to recover damages for injuries sustained as the result of the alleged negligent maintenance of a stairway on which she fell and by her husband for expenses and loss of services, judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.

PALMA SINERI et al., Respondents, v. J. SMILKSTEIN AND SONS, INC., Appellant.— Order denying motion to set aside verdicts and to vacate judgment and for a new trial on the ground that the jury might have been adversely affected by two books brought into the jury room by one of the jurors unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [205 Misc. 745.]

ARTHUR VIGNAPIANO, Respondent, et al., Plaintiff, v. CITY OF NEW YORK et al., Appellants.— In an action to recover damages for personal injuries, suffered as a result of a collision between defendants' bus and an automobile operated by plaintiff-respondent, the jury returned a verdict in the amount of $40,000 in his favor against both defendants. Defendants appeal from the judgment entered thereon, urging the sole point that the verdict is excessive. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

(March 8, 1955.)

In the Matter of GERARD E. CONNORS et al., Respondents, against JASPER P. MESSINA et al., Appellants. [Peoples Party.] — Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur. [207 Misc. 689.]

In the Matter of GERARD E. CONNORS et al., Respondents, against JASPER P. MESSINA et al., Appellants. [Clean Government Party.] — Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur. [207 Misc. 689.]